KEVIN V. RYAN (CSBN 118321)
United States Attorney

JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-68555
FAX: (415) 436-6748

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CALIFORNIA STATE AUTOMOBILE ASSOCIATION,<br><br>   Plaintiff,<br><br>   v.<br><br>UNITED STATES OF AMERICA; DOES I through V, inclusive,<br><br>   Defendants. | No. C-06-7223 MHP<br><br>**STIPULATION DISMISSING ACTION** |

WHEREAS,

1. Plaintiff filed its complaint in this action on November 21, 2006;

2. Defendant answered the complaint on February 12, 2007;

3. Plaintiff has agreed to dismiss this action without prejudice; and

4. Defendant did not file a counterclaim and does not object to this dismissal.

Based on the foregoing, it is agreed by and between the parties, through their attorneys of

//
//
//
//

STIP. DISMISSING ACTION
C 06-7223 MHP

PAGE 1

APR-03-2007 04:26          415 436 6927                                   415 436 6927    P.03

1  record, that this action is dismissed without prejudice pursuant to Rule 41(a)(1)(ii), Fed. R. Civ.
2  Proc.
3  IT IS SO STIPULATED.
4  Dated: April 3, 2007                        NORYCH AND TALLIS, LLP

6                                              By: _____
                                                   DAVID S. BRAHINSKY
7
                                               Attorneys for Plaintiff

9  Dated: April 3, 2007                        SCOTT S. SCHOOLS
                                               United States Attorney

11                                             By: _____
12                                                 JOANN M. SWANSON
                                                   Assistant U.S. Attorney
13
                                               Attorneys for Defendant

18        April 4, 2007

IT IS SO ORDERED
Judge Marilyn H. Patel
(UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA)

STIP. DISMISSING ACTION                                              PAGE 2
C 06-7223 MHP

TOTAL P.03